Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel:  (702) 893-3383
Fax: (702) 893-3789

*Attorneys for Defendants*
*AMTRUST NORTH AMERICA, INC. and*
*SECURITY NATIONAL INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WFTLV01, LLC, a Nevada limited liability company; WFTLV02, LLC, a Nevada limited liability company; WFTLV03, LLC, a Nevada limited liability company; WFTLV04, LLC, a Nevada limited liability company; and WFTLV05, LLC, a Nevada limited liability company, | Case No. 2:20-cv-01845-JCM-BNW **AMENDED STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** **[First Request]** |
| Plaintiffs, | |
| vs. | |
| AMTRUST NORTH AMERICA, INC., a Delaware corporation; SECURITY NATIONAL INSURANCE COMPANY, a Delaware corporation | |
| Defendants. | |

IT IS STIPULATED by and between all Plaintiffs and all Defendants, through their respective counsel, and pursuant to LR IA 6-1 and LR 7-1, that the time for Defendants to respond to Plaintiffs' Complaint (ECF No. 1-2) may be extended to October 30, 2020. The parties agree and respectfully submit that good cause exists for this stipulation based on the following:

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4818-4026-4142.1

1.     Plaintiffs filed their Complaint in Clark County District Court on August 17, 2020. (ECF No. 1-2).

2.     Defendant AmTrust North America, Inc. ("AmTrust") was served through its registered agent on September 2, 2020.  (ECF No. 1-3).

3.     On September 16, 2020, defense counsel advised Plaintiffs' counsel of their representation. Since that time, the parties have been actively working to informally resolve various proper party and pleading issues, as further detailed below, in order to narrow the issues in this litigation and reduce the necessity of motion work relating to these issues. To facilitate this dialogue, Plaintiffs agreed to provide Amtrust and defendant Security National Insurance Company ("Security National") with an extension to October 21, 2020 to respond to the Complaint (though Security National had not yet been served).

4.     On September 22, 2020, defense counsel conferred with Plaintiffs' counsel about dismissing AmTrust without prejudice from the action because AmTrust did not issue the subject insurance policy.

5.     On September 30, 2020, Security National was served through the Nevada Division of Insurance.  Pursuant to this service, Security National has 30 days, or until October 30, 2020, to respond to Plaintiffs' Complaint.

6.     Defendants filed their Notice of Removal of Action on October 2, 2020. (ECF No. 1).

7.     On October 6, 2020, in the interest of facilitating the continuing discussions about the proper parties to the case, and to provide defense counsel with additional time to confer with Defendants regarding the subject claim, the parties filed their Stipulation and Order to Extend Time to Respond to Complaint (the "First Stipulation to Extend"). (ECF No. 7).

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

8.    Pursuant to the parties' continuing discussions, Plaintiffs agreed to dismiss AmTrust without prejudice, subject to defense counsel's agreement to accept service of a subpoena, should it become necessary.   These terms are memorialized in the parties pending Stipulation and Order to Dismiss Defendant AmTrust North America, Inc. Without Prejudice, which was filed on October 14, 2020.  (ECF No. 8)

9.    Later on October 14, 2020, the court issued its minute order in chambers denying the parties' First Stipulation to Extend because the parties did not set forth good cause for the extension as required by LR IA 6-1. (ECF No. 9).

10.    The parties remain engaged in further discussions regarding the proper parties to the case.   Specifically, the parties are conferring as to whether plaintiffs WFTLV02, LLC, WFTLV03, LLC, WFTLV04, LLC and WFTLV05, LLC may be dismissed. This dialogue remains ongoing.  Accordingly, good cause exists for the parties' stipulation to permit additional time to continue this dialogue, with the goal of either eliminating additional parties from the case or narrowing the issues in dispute.

11.    The stipulated response date, October 30, 2020, *is the actual response date* for the only remaining Defendant, Security National, based on formal service through the Nevada Division of Insurance (as detailed in Paragraph 5 above).

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4818-4026-4142.1                3

12.     The parties further agree that this stipulated extension of time does not operate as any admission or waiver of any claim or defense by Plaintiffs or Defendants.

DATED this 16th day of October, 2020.

KENNEDY & COUVILLIER, PLLC


/s/ Maximiliano D. Couvillier
Todd E. Kennedy
Nevada Bar No. 6014
Maximiliano D. Couvillier III
Nevada Bar No. 7661
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
*Attorneys for Plaintiffs*

DATED this 16th day of October, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP


/s/ Jeffrey D. Olster
Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.


_____
UNITED STATES MAGISTRATE JUDGE


Dated:  October 20, 2020.