**KENNEDY & COUVILLIER, PLLC**
Todd E. Kennedy, Esq. (Bar #6014)
Maximiliano D. Couvillier III, Esq. (Bar #7661)
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Tel: (702) 605-3440
Fax: (702) 625-6367
tkennedy@kclawnv.com
mcouvillier@kclawnv.com

A. William Maupin, Esq. (Bar #1315)
13345 Goldpan Dr., Suite 112
Reno, NV 89511
Tel: (702) 682-5476
raisuli1@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WFTLV01, LLC, a Nevada limited liability company<br><br>Plaintiff<br><br>v.<br><br>SECURITY NATIONAL INSURANCE COMPANY, a Delaware corporation.<br><br>Defendant. | Case 2:20-cv-01845-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** (ECF No. 21)<br><br>**[First Request]** |

IT IS STIPULATED by and between the Plaintiff and Defendant, through their respective counsel, and pursuant to LR IA 6-1 and LR 7-1, that the time for Plaintiff to respond to Defendant' Motion To Dismiss (ECF No. 21) may be extended to December 21, 2020. This is the parties' first request regarding a response to said motion. The parties agree and respectfully submit that good cause exists for this stipulation based on the following:

1. Plaintiffs filed their Complaint in Clark County District Court on August 17, 2020. (ECF No. 1-2).

2. AmTrust North America, Inc. ("AmTrust") was served through its registered agent on September 2, 2020. (ECF No. 1-3).

3. Defendants removed the action to the above-titled court on October 2, 2020 (ECF No. 1).

4. On September 30, 2020, defendant Security National Insurance Company ("Security National") was served through the Nevada Division of Insurance.

5. Thereafter, the parties engaged in several good faith conferences to discuss the issues, parties and posture of the action. To facilitate these discussions and preserve judicial resources, the parties agreed to several extensions for Defendants to respond to the Complaint. The parties' discussions were productive and, as result, the parties were able to narrow and resolve some issues and procedural matters. These accomplishments were reflected in several subsequent stipulations, including stipulations ECF No. 11 on October 16, 2020, dismissing defendant AmTrust without prejudice, and ECF No. 19 on November 4, 2020, dismissing plaintiffs WFTLV02, LLC; WFTLV03, LLC; WFTLV04, LLC; and WFTLV05, LLC after the parties agreed such plaintiffs were not necessary parties.

6. On November 4, 2020, defendant Security National filed a motion to exceed page limits (ECF No. 18) relative to its anticipated motion to dismiss.

7. On November 6, 2020, defendant Security National filed its Motion to Dismiss (EFC No. 21).

8. Plaintiff requires additional time to response to Security National's Motion to Dismiss (ECF No. 21) because such motion and the matters implicated in this case are considerable, novel issues of law arising from the COVID-19 pandemic and related civil orders that are implicated by this matter. Many of the issues raised in Security National's Motion to Dismiss have not been addressed by either the Ninth Circuit or the Nevada appellate courts.

//


9. Plaintiff also requires additional time to respond due to its counsel's family medical issues, which recently developed.

10. Therefore, the parties stipulate and agree that Plaintiff may have until December 21, 2020 to respond to Defendant's Motion to Dismiss (ECF No. 21).

11. This is the parties' first request for extension relative to responding to Defendant's Motion to Dismiss (ECF No. 21).

12. This stipulation is made on good faith and for good cause, and not for any purpose to delay.

13. The parties further agree that this stipulated extension of time does not operate as any admission or waiver of any claim or defense by Plaintiffs or Defendants.

Dated: November 19, 2020

| KENNEDY & COUVILLIER, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/*Maximiliano D. Couvillier III, Esq.*<br>Todd E. Kennedy<br>Nevada Bar No. 6014<br>Maximiliano D. Couvillier III<br>Nevada Bar No. 7661<br>3271 E. Warm Springs Road<br>Las Vegas, Nevada 89120<br>*Attorneys for Plaintiff* | /s/*Jeffrey D. Olster*<br>Jeffrey D. Olster<br>Nevada Bar No. 8864<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2020