Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel:  (702) 893-3383
Fax: (702) 893-3789

*Attorneys for Defendant*
SECURITY NATIONAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WFTLV01, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY NATIONAL INSURANCE COMPANY, a Delaware corporation<br><br>Defendant. | Case No. 2:20-cv-01845-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND TO EXCEED PAGE LIMITATION**<br><br>**[Second Request]** |

IT IS STIPULATED by and between Plaintiff and Defendant, through their respective counsel, and pursuant to LR IA 6-1 and LR 7-1 to LR 7-3, that the time for Defendant to file its reply to Plaintiff's Opposition to Motion to Dismiss (ECF No. 34) may be extended one additional week, to January 19, 2021, and that Defendant may exceed the page limitation for the reply by up to ten (10) pages. The parties agree and respectfully submit that good cause exists for this stipulation based on the following:

1.   Defendant filed its Motion to Dismiss Complaint on November 6, 2020. (ECF No. 21).

2.   The parties thereafter stipulated to provide Plaintiff with a four-week extension to respond to the Motion to Dismiss.  (ECF No. 28).

4815-4051-6566.1

3. The parties thereafter stipulated to (1) permit Plaintiff to exceed the 24-page limitation in its Opposition by up to 20 pages; and (2) accordingly extend the time for Defendant to file its reply to Plaintiff's Opposition by two weeks (or until January 11, 2021). (ECF No. 33).

4. The Court has issued orders permitting (1) Defendant to exceed the general page-limitation for its Motion by three (3) pages (ECF No. 35); and (2) Plaintiff to exceed the page limitation for its Opposition by twenty (20) pages (ECF No. 32). In granting these motions, the Court has agreed with the parties that the breadth of the issues involved in this action warrant an exception to the general 24-page limit. (ECF No. 32 at 1:24-25; ECF No. 35).

5. Plaintiff's filed Opposition is 43 pages. (ECF No. 34). As with the Motion and the Opposition, good cause exists for Defendant's request to exceed the general page limit for replies (12 pages) because the issues raised in Defendant's Motion and Plaintiff's Opposition implicate important issues of law arising from the COVID-19 pandemic and related insurance coverage issues, most of which have not been addressed or decided by the Ninth Circuit, this Court or the Nevada appellate courts.

6. Good cause also exists to permit a one-week extension for the filing of Defendants' reply to the Opposition. Defendant agreed to provide Plaintiff with a four-week extension, to December 21, 2020, to file its Opposition. (ECF No. 28). Defendant also stipulated to allow Plaintiff to exceed the general page limitation in the Opposition by twenty pages. Plaintiff accordingly agreed to an initial two-week extension, to January 11, 2021, for Defendant to file its reply. (ECF No. 33). Defendant seeks an additional one-week extension to file its reply, or until January 19, 2021, due to the length of Plaintiff's Opposition, the breadth and complexity of the issues raised in the Opposition and the timing of the reply deadline, which has overlapped with the holidays and the year-end of 2020.

7. This stipulation is made in good faith and for good cause, and not for any purpose to delay.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-4051-6566.1                      2

8. The parties further agree that this stipulated extension of time does not operate as any admission or waiver of any claim or defense by Plaintiff or Defendant.

DATED this 5th day of January, 2021.

KENNEDY & COUVILLIER, PLLC

/s/ *Maximiliano D. Couvillier*
Todd E. Kennedy
Nevada Bar No. 6014
Maximiliano D. Couvillier III
Nevada Bar No. 7661
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
*Attorneys for Plaintiffs*

DATED this 5th day of January, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Jeffrey D. Olster*
Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 8, 2021