AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

WFTLV01, LLC,

              Plaintiff,

V.

Security National Insurance Company,

              Defendant.

FINAL JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01845-JCM-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendant Security National Insurance Company and against Plaintiff WFTLV01, LLC, with Prejudice.

This case is now closed.

10/21/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk